IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                      PLAINTIFF

v.                            No. 4:14-cr-114-DPM-18

MARCUS F. ROE                                                  DEFENDANT
Reg. No. 28794-009

## ORDER

Roe moves for an appointed lawyer. He believes that he qualifies for a reduced sentence based on amendments to the Sentencing Guidelines. When Roe was sentenced, he received two criminal history points because he was on parole when he committed his new crime. He would only receive one point under the amended Guidelines. This change, however, does not affect his sentencing range. Roe still has fifteen criminal history points, meaning he remains in criminal history category VI. His motion, *Doc. 1035*, is therefore denied.

So Ordered.

*signature*
D.P. Marshall Jr.
United States District Judge

20 February 2024